P. Brigman and S. G. Crutchfield as surviving partners of the firm of Brigman & Company, Plaintiffs in Error, v. D. J. Paul as Sheriff and ex-officio administrator of the estate of E. T. Hinote, deceased, Defendant in Error.

### Division A.

Writ of error to Circuit Court, Holmes county; Bascom H. Palmer, Judge.

D. L. McKinnon for plaintiff in error.

D. J. Jones for defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam.*